Attachment A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

FILED
NOV 05 2015
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Jason A. Perry
_____

_____
*Your full name*

**STATE CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. § 1983**

v.

Civil Action No.: 5:15-CV-139
*(To be assigned by the Clerk of Court)*

Stamp
Trumble
Blalock

W.Va. Correctional Industries
Eddie Long, [Bob] Robert Whitehead
Don Zielinsky, Greg Gilli
PrimeCare Medical Administrator
Cecelia Janiskewski
Doctor      Hahn      And, Jane/John Doe
_____
*Enter above the full name of defendant(s) in this action*

Each Defendant is sued in his/her individual Capacity

I.  **JURISDICTION**

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II. **PARTIES**

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.   Your Name: Jason A. Perry

     Inmate No.: 3420258

     Address: 112 N.R.C.Drive, Moundsville, WV 26041

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B.   Name of Defendant: Eddie Long

Attachment A

Position: Supervisor Of WV Prison Industries

Place of Employment: WV Prison Industries

Address: W.V.C.I./D.O.C. Central Office 617 Sullivan Way Charleston, WV 25301

Was this Defendant acting under the authority or color of state law at the time these claims occurred?  ☒ Yes    ☐ No

If your answer is "YES," briefly explain: Mr. Long is in charge of all WV Prison Industries and is responsible to ensure that everyone who works under his authority is free from any harassment and maintains a safe and secure work enviroment.

B.1 Name of Defendant: Robert Whitehead

Position: Superintendant at Northern Correctional Facility

Place of Employment: West Virginia Corr. Industries (NCF)

Address: W.V.C.I. N.C.F. 112 NRC Dr., Moundsville WV 26041

Was this Defendant acting under the authority or color of state law at the time these claims occurred?  ☒ Yes    ☐ No

If your answer is "YES," briefly explain: Mr. Whitehead is the Supervisor at the Prison Industries Complex at Northern Correctional Facility. He is responsible for maintaining an enviroment that is safe and secure, and free of harassment.

B.2 Name of Defendant: Don Zielinsky

Position: Floor Supervisior

Place of Employment: W.V.C.I. Northern Facility

Address: W.V.C.I. c/o N.C.F. 112 N.R.C. Dr. MOundsville, WV 26041

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: Mr Zielinsky is a floor Supervisor at N.C.F. Prison Industries. He is responsible for maintaining and operating an enviroment that is safe and secure, free from harassment including sexual harassment on one's sexual preference.

B.3   Name of Defendant: Greg Gilli

Position: Maintenance Supervisor

Place of Employment: WV Prison Industries (NCF)

Address: W.V.C.I. c/o NCF 112 NRC Dr. Moundsville, WV 26041

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: Mr. Gilli is the maintenance Supervisor and is responsible for the upkeep of all equipment. He is to ensure a safe and secure work enviroment for all employees at WV Prison Industries at Northern Correctional Facility.

B.4   Name of Defendant: Cecilia Janiszewski

Position: Administrator, Northern Corr. Facility

Place of Employment: Prime Care Medical

Address: 3940 Locust Ave., Harrisburg, PA 17109
         (no longer employeed at NCF)

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: Mrs. Janikowski was the administrator from Prime Care Medical

Attachment A

and was responsible for seeing that inmates receive the needed medical attention.

B.5 Name of Defendant: Dr. Hahn

Position: Doctor for Prime Care (NCF)

Place of Employment: Prime Care Medical

Address: 3940 Locust Ave., Harrisburg, PA 17109
(Prime Care main address, as they are not at NCF anymore)

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: Doctor Hahn was responsible for ensuring that inmates received the medical attention needed. He did not in my case and the result is ongoing pain and suffering.

## III. PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: Northern Correctional Facility

A. Is this where the events concerning your complaint took place?
☒ Yes   ☐ No

If you answered "NO," where did the events occur?

B. Is there a prisoner grievance procedure in the institution where the events occurred?   ☒ Yes   ☐ No

C. Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

D. If your answer is "NO," explain why not

Attachment A

_____

_____

E.  If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

|  |  |  | 7-16-15 |
|---|---|---|---|
| LEVEL 1 | Denied 15-NCC-D2-300, | May 6, 2015 | 15-NCF-D1-487 |
| LEVEL 2 | Denied | May 15, 2015 | 7-23-15 |
| LEVEL 3 | Denied | May 22, 2015 | 7-28-15 |

SEE APPENDIX #1 Attached:

IV. **PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES**

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☐ No

B.  If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

   1. Parties to this previous lawsuit:

      Plaintiff(s): None

      Defendant(s): _____

   2. Court: N/A
      *(If federal court, name the district; if state court, name the county)*

   3. Case Number: _____

   4. Basic Claim Made/Issues Raised: N/A

   5. Name of Judge(s) to whom case was assigned: _____

Attachment A

6. Disposition: _____
   _____
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition. **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?   ☐ Yes   ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____
_____

E. Did you exhaust available administrative remedies?   ☐ Yes   ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____
_____
_____
_____

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

Attachment A

1. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Name and location of court and docket number: _____
   _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case. Describe what <u>each</u> defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: Unsafe Work Enviroment _____
_____
_____

Supporting Facts: Please see attached pages, (13a) for a detailed
~~account.~~
_____
_____
_____

**CLAIM 1:** Unsafe Work Enviroment

 Comes now, Jason A. Perry, (Petitioner hereinafter), and he contends that his Constitutional Right to "Equal Protection" was violated due to the unsafe work enviroment Petitioner was subjected to.  Thus, violating Art. III section 10 of the West Virginia Constitution and the First Amendment to the United States Constitution.

**Supporting Facts:**

 I was hired to work in the Prison Industries.  I was on an initial 30 day probationary period.  I was asked by Floor Supervisor Don Zielinsky to operate a press (a gold foil stamping machine). I had never operated this machine before, I never had a safety orientation training class on this or any other machine.

 During the course of attempting to operate this gold foil stamping machine I got four fingers smashed in this press.  This press and others are old and outdated, the safety features are broke and/or bypassed.  (As was the press) Some of the equipment does not have safety features on them.  I was taken to medical and left bleeding for five hours when Primecare's staff looked at my hand and x-rays were taken.  I was told I had a bone chipped in my right middle finger, I lost my middle finger nail and my hand looked awful.  A nurse told me to wait 6 months to a year to make sure the damage was not cosmetic, if I intended to sue.  I did so and 3 fingers have healed, one has not.  My right middle finger has no feeling in the end of it, on the tip, and where I start

to get feeling on both sides hurts constantly like a throbbing toothache. Whenever I mentioned anything to the Industries Superintendant "Robert Whitehead" he would say it could be worse and shows me his fingertip that was cut off. I have a list of other inmates who have been hurt due to the unsafe working conditions that exist under Mr. Whitehead's watch. The fear of retaliation will keep these names sealed until we need to go to court. I should not have been forced to operate a piece of equipment that I know nothing about, had not been trained on, and it did not have any safety shut off features. This was and still is a violation of my State and Federal Constitutional rights to "Equal Protection". I was hesitant ti file a grievance for fear of retaliation, but finally did so.  see.(attached #15-NCC-D2-300.

    Primecare Medical has done nothing for me. And Wexford has taken over. I have tried to get a certificate of screening to no avail. I have turned in numerous sick calls to no effect. They simply hope I'll get discouraged and stop trying. And Primecare took all medical records with them, they never let me see a specialist and my finger healed wrong with severe nerve damage. Problems with my finger has kept me from more physical jobs like the kitchen. (I have tried but my finger has cuased me to leave the job). It was wanton Negligence and willful Indifference to the safety of others, on the part of industries, and negligence on the part of the medical staff for not letting the plaintiff see a specialist and perserving options to treat the plaintiffs actual injured finger.

13a-1

Attachment A

CLAIM 2: Hostile Work Enviroment, based on sexual preference.

Supporting Facts: Please see attached pages (14a) for a detailed account.

CLAIM 3: Discrimination based upon retaliation

Supporting Facts: Please see attached page (14c) for a detailed account.

CLAIM 4: _____

Supporting Facts: _____

CLAIM 5: _____

Supporting Facts: _____

VI. **INJURY**

<u>CLAIM 2:</u>  Discrimination due to a Hostile Work Enviroment, based on Sexual Preference.

Petitioner claims that his Constitutional rights to "Equal Protection" and "Due Process of Law" were violated under Art. III sections 10 and 14 of the West Virginia Constitution, and the First and Sixth Amendment of the United States Constitution.

<u>SUPPORTING FACTS:</u>

In July of 2014, I accepted a key position in the Prison Industries (Camera Room Clerk). I have a large sentence and this job promoted top pay. In September of 2014 Floor Supervisor Don Zielinsky told me he would give me top pay Level V for the good job I was doing, and this is a Level V position. I was a pay Level 3. One morning I asked Don Zielinsky to please cut back on the gay jokes and comments as I am gay and this was ongoing since my hiring. I did not want to rock the boat or jeopardize losing my job. But, the gay jokes and comments had become unbearable. In October I went to a pay Level 4, not a 5 as promised by Don Zielinsky. I approached Mr. Zielinsky and asked him why I did not get a pay Level 5%, like previous workers? He began to blame Charleston yet other people received raises. I then realized that Mr. Zielinsky and Robert Whitehead's attitudes had completely changed the instant I told them I was gay. When other workers complained to them about the pay issues or safety concerns with the equipment they were asked what's the problem and would they stay. When I spoke up about being unhappy as well, they only asked me to train someone before I left.

I have enclosed 3 random evaluations. All of them is 98-100 % and they state that I do excellent work. There are other workers who are gay, such as Jason Anderson who have told the Supervisors that he was also gay. They have mistreated and tried to get rid of him on numerous occasions, and finally succeeded on September 10, 2015. Don Zeilinsky has created a hostile and unbearable work enviroment for anyone with an alternative lifestyle. I should be treated equally like everyone else in Industries.
See Appendix #2 Attached

CLAIM 3:  Discrimination based upon retaliation

Petitioner claims that his constitutional rights to "Equal Protection","Due Process of Law", and "Cruel and Unusual Punishment" were violated under Art. III sections 10,14, and 5 of the West Virginia Constitution, and the First, Sixth, and Eighth Amendments of the United States Constitution.

SUPPORTING FACTS:

This claim is actually a continuation of claim 2.  I have separated it to provide some clarity.  After filing the grievance and explaining my sexual orientation to stop the jokes and comments, things became tense in my work area.  I had also began to write people.  I have <u>enclosed a copy of said letter.</u>  I had spoke to and received permission from Supervisor Zielinsky to do something for some workers.  They had asked me to do a canned letter asking for a pay raise.  All a person needed do was to provide personal information into it.  Shortly thereafter I was jumped on by Robert Whitehead for not asking him first, and he said he did not like the letter.  This had occurred on July, 10 2014.  On Monday July 13, 2014 after a weekend I decided to clean out my work area out.  As I began to clean up and clean out my work area Don Zielinsky walked by.  I asked and received permission to throw somethings I no longer used, away.  I returned to my housing unit for commissarry after lunch.  Upon returning to work I was immediately called into Superintendant Robert Whitehead's office.  I was asked who gave me permission to throw away the items that I threw away?  they had the trash in the offiice.

I said Don Zielinsky did!

However, Don Zielinsky never said one word! I was then given the opportunity to either resign or be fired and written up. Mr. Zielinsky gave me permission to throw away the said items. He wanted me to clear my area, then sent a person to the trash and retrieved the items, took it to Robert Whitehead's office, showed him and waited for me to return.

This was clearly retaliatory for the complaints on the safety issues, the gay jokes and comments Mr. Zielinsky makes and other discrimination issues. I was clearly set up. I have names of others who have done worse without permission with only verbal warnings and/or probation. Please note I have never been in trouble or had a problem with my job or job duties. I filed a grievance on this also. It was denied at every level. I've enclosed it also (#15-NCF-D1-487).

In closing, my State and Federal Constitutional rights have been repeatedly violated.

See Letter/Letter's Appendix #3 Attached

Attachment A

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

_____Please see attched page 15a for a detailed_____
_____account._____

VII. <u>RELIEF</u>

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

_____Please see attached_____
_____page 15a for the punitive and_____
_____injuctive relief, I am seeking_____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Northern Correctional Facility_ _Maundsville, W.Va._ on _10-30-15_
    (Location)                                                                (Date)

Your Signature

## VI    INJURY

My injuries are physical, mental, and emotional.  My middle right finger has not been properly taken care of.  I have received no help from PrimeCare or Wexford medical.  The mental and emotional scars from this episode run deep.  I have withdrawn myself in many ways.  I am plagued with the comments Mr. Zielinsky has made about being gay.  They run like a pre-programmed DVD on continual play.

## RELIEF SOUGHT:

I would like punitive and injuctive relief.  I would like to see a specialist about my finger.  I would like to be compensated for this finger.  I would like to see a board certified psychiatrist about the mental and emotional trauma and abuse I have had to endure.

I would like to have my job and position reinstated at the Prison Industries.  I would like to be advanced to Level 5 pay, and receive back pay for 35 hours a week from July 13, 2014 until my reinstatement.  I would also like to be compensated for any money spent on copies and postage involved in these actions.  Including any and all legal fees.

I would like to see Robert Whitehead and Don Zielinsky removed from industries at Northern.  I reccommend Greg Gilli, as Superintendant at Northern, because he is someone who knows the situation and can update and replace equipment (when he has the authority to do it).  I would like to see a safe work enviroment and a work enviroment free of discrimination based on race, sexual orientation and type of charge you have.  I would like this for all.